JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Frostine Newberry and Richard Newberry

**DEFENDANTS** Discount Waste, Inc.
Rent-A-Fence

**(b)** County of Residence of First Listed Plaintiff: McLean Co, Illinois
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Gwinnett Co, GA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* (972)535-6377
Mark F. Underwood, Underwood Law Offices
2530 West White Ave., St. 200, McKinney, TX 75071

Attorneys *(If Known)* Jennifer Aufricht (Discount Waste, Inc.)
Thompson Coe Cousins & Irons
700 N Pearl St., 25th Floor, Dallas, TX 75201

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Negligence against Defendants

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 04/02/2019

SIGNATURE OF ATTORNEY OF RECORD: Mark F. Underwood

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
AT SHERMAN**

| | |
|---|---|
| FROSTINE NEWBERRY, an Individual, ) <br> RICHARD NEWBERRY, an Individual, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> DISCOUNT WASTE, INC., a Corporation, and ) <br> ROSA LOPEZ, doing business as A & R ) <br> RENT-A-FENCE, a sole proprietorship ) <br> ) <br> Defendants. ) | CASE NO: 4:19-cv-147 <br><br> **JUDGE MAZZANT** <br><br> **AMENDED COMPLAINT** |

Plaintiffs, Frostine Newberry and Richard Newberry, (collectively, "Plaintiffs") file this Amended Complaint against Defendants Discount Waste, Inc. and Rosa Lopez, doing business as A & R Rent-A-Fence, a sole proprietorship, and allege as follows:

## I.

## THE PARTIES

1. At all times material hereto, Plaintiff, Frostine Newberry was a resident of the State of Illinois. Plaintiff's current address is 24654 N. 2900 East Road, Lexington, Illinois 61753. Plaintiff's phone number is 309-365-8515 and her email address is frostinenewberry@gmail.com. The last three digits of her social security number are 218. The last three digits of her driver's license number are 946.

2. At all times material hereto, Plaintiff, Richard Newberry was a resident of the State of Illinois. Plaintiff's current address is 24654 N. 2900 East Road, Lexington, Illinois 61753. The last three digits of his social security number are 501. The last three digits of his driver's license number are 089.

3. The Defendant, Discount Waste, Inc. is a corporation, incorporated in the State of Georgia with its principal place of business located at 3595 Engineering Drive, Norcross, GA 30092. The Defendant's telephone number is 770-772-9595 and their email address is waste@discountwaste.com. The Defendant may be served with process via its registered agent, Edward J. Foye, 3595 Engineering Drive, Norcross, GA 30092.

4. The Defendant, Rosa Lopez, doing business as A & R Rent-A-Fence is a sole proprietorship with a main location in 294 Highway 175, Seagoville, TX 75159 and another location in 8008 Rosemont Road, Dallas, TX 75217. The Defendant's telephone numbers are 972-287-1124 and 214-391-1929 and her email address is rosadlanr@gmail.com and anrrentafence@gmail.com. The State of Texas does not require sole proprietorship entities to register with the Texas Secretary of State. A search with the Texas Secretary of State did not produce any results. The Defendant may be served with process via its principal and owner, Rosa Lopez, 294 Highway 175, Seagoville, TX 75159.

## II.

### JURISDICTION AND VENUE

**A.      Diversity of Citizenship**

5. Plaintiffs, Frostine Newberry and Richard Newberry were and are residents of the State of Illinois.

6. Defendant, Discount Waste, Inc. is a corporation, incorporated under the laws of the State of Georgia and has its principal place of business in the State of Georgia. Therefore, Defendant is a resident of the State of Georgia.

7. Defendant, Rosa Lopez, doing business as A & R Rent-A-Fence is a sole proprietorship with its principal place of business in the State of Texas and its main location in Highway 175, Seagoville, TX 75159.

**B.    Amount of controversy exceeds $75,000.00**

8. Plaintiffs seek monetary judgment relief over $200,000.00.

**C.    Venue**

9. The United States District Court for the Eastern District of Texas is the proper venue as this case was filed originally in the 429th Judicial District Court of Collin County, Texas. This Judicial District is located within the jurisdiction of the United States District Court for the Eastern District of Texas, Sherman Division.

## III.
## FACTUAL BACKGROUND

10. Plaintiffs re-allege and incorporate by reference the allegations contained in Paragraphs 1 through 9, inclusive.

11. On or around July 14, 2017, Plaintiff, Frostine Newberry, a 68-year-old woman, was shopping at Legacy West Shopping Center. Plaintiff was walking on the sidewalk next to the Tommy Bahama store when she tripped and fell over the protruding metal bars holding up a construction barricade that was on the pedestrian sidewalk. These metal bars were temporarily placed by the Defendants.

12. Plaintiff Frostine Newberry fell to the ground causing significant bodily injury, which necessitated surgery.

13. The extended and encroached metal bars on the pedestrian sidewalk were placed without a warning sign to notify pedestrians walking nearby of the significant trip hazard created by the Defendants.

## IV.
## FIRST CAUSE OF ACTION
(Negligence Against Defendants Discount Waste, Inc. and
Rosa Lopez, doing business as A & R Rent-A-Fence)

14. The Plaintiffs incorporate herein by reference the preceding paragraphs 1 through 13, inclusive.

15. The Defendants had a duty to remove the unreasonable risk of harm created by the metal bars holding up a construction barricade on the construction premises located at 7501 Windrose Avenue, Plano, Texas 75024. *See Exhibit A.*

16. The Defendants also had a duty to mitigate the unreasonable risk of harm created by the metal bars holding up a construction barricade (depicted in Exhibit A) on the construction premises of the property located at 7501 Windrose Avenue, Plano, Texas 75024.

17. The Defendants breached these said duties by failing to remove the unreasonable risk of harm created by the metal bars and construction barricade (depicted in Exhibit A) on the construction premises of the property located at 7501 Windrose Avenue, Plano, Texas 75024.

18. The Defendants further breached these duties by failing to mitigate the Plaintiff, Frostine Newberry of the unreasonable risk of harm created by the metal bars and construction barricade (depicted in Exhibit A) on the construction premises of the property located at 7501 Windrose Avenue, Plano, Texas 75024.

19. The Defendants further breached these duties by failing to warn the Plaintiff, Frostine Newberry of the unreasonable risk of harm created by the metal bars (depicted in Exhibit A) on the construction premises of the property located at 7501 Windrose Avenue, Plano, Texas 75024.

20. The Defendants' breach of these duties was the proximate cause of the injuries sustained by Plaintiff, Frostine Newberry. But for the Defendants' breach of these duties, the accident resulting to injury to Plaintiff, Frostine Newberry would not have happened.

## V.
## SECOND CAUSE OF ACTION
### (Loss of Consortium Against Defendants Discount Waste, Inc. and Rosa Lopez, doing business as A & R Rent-A-Fence)

21. The Plaintiffs incorporate herein by reference the preceding paragraphs 1 through 20, inclusive.

22. At all times material to this lawsuit, Plaintiff, Richard Newberry was married to Plaintiff, Frostine Newberry. Before the accident, Plaintiff, Frostine Newberry was industrious, affectionate, loving, compassionate, energetic, cooperative, patient, attentive, and a good wife and provider to Plaintiff, Richard Newberry. She gave guidance, advice, counsel, protection, comfort, household services, care and attention to him. Her injuries have deprived Plaintiff, Richard Newberry of the complete society of his wife.

23. As a direct and proximate result of Defendants' acts and omissions of negligence, as described herein, and the injuries sustained by his wife; Plaintiff, Richard Newberry has suffered a loss of consortium and a loss of services in the past and, in reasonable probability, he will continue to suffer the same in the future. These includes the loss of love, affection, solace, comfort, companionship, society, assistance, emotional support and household services from his wife.

24. As a result, Plaintiff, Richard Newberry is entitled to reasonable and proper compensation for past and future loss of consortium and past and future loss of service.

## VI.
## CONDITIONS PRECEDENT

25. All conditions precedent to Plaintiffs' claims herein have occurred or been performed.

## VII.
## RELIEF

26. Plaintiffs pray that this Court will issue judgment for the damages Defendant caused them as follows:

    a. Damages for past and future physical and mental pain and suffering;

    b. Damages for past and future medical bills;

    c. Damages for past and future disfigurement;

    d. Lost wages and loss of earning capacity;

    e. Cost of this lawsuit as proved at the time of trial;

    f. Pre and post judgment interest at the maximum legal rate;

    g.  Such other and further relief, at law or in equity, to which the Plaintiffs may be justly entitled.

        Respectfully Submitted,

        UNDERWOOD LAW OFFICES

By:   */s/Mark F. Underwood*
       Mark F. Underwood
       State Bar No. 24059341
       munderwood@underwoodlawoffices.com
       2530 W. White Avenue, Suite 200
       McKinney, Texas 75071
       Tel: (972) 535-6377
       Fax: (972) 292-7828
       ATTORNEY FOR PLAINTIFFS
       FROSTINE NEWBERRY AND RICHARD NEWBERRY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served, via electronic filing, in accordance with the Federal Rules of Civil Procedure, upon the following counsel on this the 2nd day of April, 2019.

Jennifer D. Aufricht
jaufricht@thompsoncoe.com
Christa D. Hykaway
chykaway@thompsoncoe.com
THOMPSON COE COUSINS & IRONS, L.L.P.
Plaza of the Americas
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Tel: (214) 871-8200
Fax: (214) 871-8209
Attorneys for Defendant

Rosa Lopez
294 Highway 175
Seagoville, TX 75159
Defendant

/s/Mark F. Underwood
Mark F. Underwood