# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| FROSTINE NEWBERRY and <br> RICHARD NEWBERRY <br><br> V. <br><br> ROSA LOPEZ, d/b/a A & R RENT-A-FENCE | § <br> § <br> § <br> § <br> § <br> § | <br><br><br> CASE NO. 4:19cv147 <br> Judge Mazzant |

## ORDER RESETTING TRIAL

The Court hereby RESETS the Jury Selection and Trial of this case before the undersigned, as follows:

| EVENTS | DEADLINES |
|---|---|
| **Jury Selection/Trial** | **10:00 a.m.** on **Monday, June 8, 2020,** at the Paul Brown United States Courthouse, 101 E. Pecan Street, Room 208, Sherman, Texas 75090 |

**IT IS SO ORDERED.**

SIGNED this 7th day of May, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE