IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| FROSTINE NEWBERRY, an Individual, § | |
| RICHARD NEWBERRY, an Individual, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 4:19-cv-147 |
| § | Judge Mazzant |
| DISCOUNT WASTE, INC., a § | |
| Corporation, and ROSA LOPEZ, doing § | |
| business as A & R RENT-A-FENCE, a § | |
| sole proprietorship, § | |
| § | |
| Defendants. § | |

### DEFENDANT ROSA LOPEZ D/B/A A & R RENT-A-FENCE'S
### FIRST AMENDED VIDEO DEPOSITION DESIGNATIONS

Defendant Rosa Lopez d/b/a A&R Rent-A-Fence, ("Defendant") hereby submits the following page/line designations of video deposition testimony that may be used at the trial of this matter:

**Video Deposition of Joe DeFilippo taken on November 14, 2019:**

| From Page/Line | To Page/Line |
|---|---|
| 7:4 | 7:6 |
| 9:15 | 9:22 |
| 16:14 | 17:15 |
| 26:17 | 28:6 |
| 28:12 | 29:14 |
| 30:19 | 31:10 |
| 32:2 | 32:10 |
| 33:2 | 33:22 |
| 34:11 | 35:23 |
| 36:8 | 38:13 |
| 39:4 | 39:19 |
| 41:11 | 42:2 |
| 42:25 | 43:7 |
| 46:1 | 49:7 |
| 49:19 | 50:8 |
| 63:16 | 63:20 |

| | |
|---|---|
| 67:2 | 67:14 |
| 71:5 | 73:3 |
| 80:8 | 81:15 |
| 85:11 | 87:5 |
| 90:3 | 90:8 |
| 91:5 | 91:10 |
| 92:2 | 94:16 |
| 95:24 | 96:5 |
| 96:19 | 97:4 |
| 98:9 | 98:23 |
| 99:7 | 99:24 |
| 106:11 | 106:15 |
| 106:25 | 107:8 |
| 107:25 | 108:13 |
| 109:18 | 110:8 |
| 111:17 | 112:7 |
| 113:14 | 116:14 |
| 121:11 | 124:21 |
| 130:3 | 132:23 |

**Video Deposition of Norman Cooper taken on March, 9, 2020:**

| From Page/Line | To Page/Line |
|---|---|
| 22:5 | 22:18 |
| 25:16 | 28:10 |
| 28:19 | 36:3 |
| 38:3 | 40:3 |
| 40:21 | 41:23 |
| 46:17 | 48:14 |
| 51:5 | 51:20 |
| 52:13 | 53:3 |
| 55:18 | 57:5 |
| 57:11 | 63:6 |
| 63:23 | 64:6 |
| 65:7 | 66:11 |
| 70:1 | 70:12 |
| 70:20 | 74:15 |
| 77:11 | 78:2 |
| 78:10 | 79:8 |
| 81:20 | 82:5 |
| 83:5 | 86:12 |

Dated: May 18, 2020

        Respectfully submitted,

By: _____

    Robert J. Palmer
    State Bar No. 24013286
    rpalmer@foxrothschild.com
    Adam T. Hamilton
    State Bar No. 24087655
    ahamilton@foxrothschild.com

Fox Rothschild LLP
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas, Texas 75240
972/991-0889
972/404-0516 – Fax
**ATTORNEYS FOR DEFENDANT**
**ROSA LOPEZ d/b/a A & R RENT-A FENCE**

## **CERTIFICATE OF SERVICE**

      I certify that on this the 18th day of May, 2020, a true and correct copy of the foregoing document was served via email on the following parties in accordance with the Federal Rules of Civil Procedure:

Mark Underwood
Underwood Law Offices
2530 West White Avenue, Suite 200
McKinney, Texas 75071
956-982-1800 – Telephone
956-982-2602 – Facsimile
munderwood@underwoodlawoffices.com
*Attorneys for Plaintiffs*

_____
Adam T. Hamilton