# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **FROSTINE NEWBERRY, an individual,** § <br> **RICHARD NEWBERRY, an individual,** § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> **ROSA LOPEZ, doing business as A&R** § <br> **RENT-A-FENCE,** § <br> § <br> Defendant. § | **CIVIL ACTION NO. 4:19-cv-147** <br><br> **JUDGE: AMOS MAZZANT** |

## NOTICE OF APPEARANCE OF CO-COUNSEL

TO:  The Clerk of the Court and all parties of record:

COMES NOW, Donald H. Flanary and files his Notice of Appearance as co-counsel with Mark F. Underwood of Underwood Law Office, Inc. on behalf of Plaintiffs Frostine Newberry and Richard Newberry.

                                                            Respectfully Submitted,

                                                            */s/Donald H. Flanary, Jr.*
                                                            Donald S. Flanary
                                                            Texas State Bar No. 07109300
                                                            6800 Weiskoff Avenue
                                                            McKinney, TX 75080
                                                            Telephone: (214) 762-0767
                                                            E-mail: dhflanary@gmail.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 29th day of May, 2020, a true and correct copy of the foregoing document has been forwarded to all counsel of record in this cause pursuant to and in accordance with the Federal Rules of Civil Procedure.

                                                          /s/Donald H. Flanary, Jr.
                                                          Donald H. Flanary