# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:**   6/3/2020

| **DISTRICT JUDGE**<br>Amos L. Mazzant, III | **COURT REPORTER:**   Digital Recording<br>**COURTROOM DEPUTY:**   Keary Conrad |
|---|---|
| Frostine and Richard Newberry<br><br>v.<br><br>Rosa Lopez dba A & R Rent-A-Fence | 4:19-CV-147 |

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |
|---|---|
| Mark Underwood and Melissa Munich | Adam Trevor Hamilton and Robert Palmer |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Telephone status conference prior to trial |
|---|---|
| 4:02 p.m. | Court in session.  Court notes appearances. |
| 4:03 p.m. | Voir dire limited to 30 minutes.  Everyone will wear masks during voir dire. F or opening and closing counsel will be held to the podium.  After jury is seated masks are encouraged but not required.  Witnesses do not have to wear masks while being questioned.  Attorneys do not have to wear masks while questioning.  Counsel advises that Plaintiff will appear live in trial.<br>The Court advises there is no jury assembly room so  jurors will be spaced.  When it comes time for strikes for cause and individual voir dires, those will be conducted in chambers.  The jury will not be excused in the hallway to maintain distancing.  Jurors will be spaced in the jury box every other seat. |
| 4:10 p.m. | One hand sanitizer will be at each counsel table, podium, and witness stand but attorneys are encouraged to bring their own if they so desire.   Court notes that masks will be provided to the jurors.  Court will provide rooms for each side downstairs and witnesses may stay in there.  The Court will be providing the jury lunch. |
| 4:11 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY:   *Keary Conrad*
       Courtroom Deputy Clerk