## IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:**  6/10/2020

| **DISTRICT  JUDGE** | **COURT REPORTER:  Jan Mason** |
|---|---|
| **Amos L. Mazzant, III** | **COURTROOM DEPUTY:  Keary Conrad** |

| | |
|---|---|
| Frostine and Richard Newberry<br><br>v.<br><br>Rosa Lopez dba A & R Rent-A-Fence | 4:19-CV-147 |

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |
|---|---|
| Mark Underwood and Melissa Munich | Adam Trevor Hamilton |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Jury Trial - Day 3 |
|---|---|
| 9:22 a.m. | Court in session.  Court notes appearances. |
| 9:24 a.m. | Plaintiff's counsel, Mark Underwood begins closing argument. |
| 9:40 a.m. | Defendant's counsel, Adam Hamilton begins closing argument. |
| 9:57 a.m. | Plaintiff's counsel, Mark Underwood closing argument. |
| 10:03 a.m. | Court provides charge to the jury. |
| 10:04 a.m. | Court charges the jury. |
| 10:36 a.m. | Jury excused. |
| 10:38 a.m. | Court hears from counsel regarding exhibits. |
| 10:39 a.m. | Court hears from Plaintiff's counsel, Don Flanary regarding objections to the charge. |
| 11:04 a.m. | Court adjourned pending note or verdict. |
| 11:36 a.m. | Court re-convened with jury note. |
| 11:37 a.m. | Court advises the Parties of receipt of jury note #1 indicating the foreman and jury note #2. Parties discuss response. Parties review and approve response to go to jury. |

CASE NO.   4:19-CV-147          DATE:   6/10/2020

PAGE 2  - PROCEEDINGS CONTINUED:

| | |
|---|---|
| 11:38 a.m. | Court adjourned pending note or verdict. |
| 11:54 a.m. | Court advises the Parties of receipt of jury note #3.  Parties discuss response. Parties review and approve response to go to jury. |
| 11:58 a.m. | Court adjourned for lunch. |
| 1:19 p.m. | Court receives jury note #4 that the jury has reached a verdict. |
| 1:20 p.m. | Court re-convenes. Jury seated. |
| 1:21 p.m. | Court publishes verdict of the jury.  Verdict for Defendant. |
| 1:22 p.m. | Court polls the jury. |
| 1:24 p.m. | Court will enter a judgment based on the verdict. |
| 1:25 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY:      _Keary Conrad_
Courtroom Deputy Clerk