UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **FROSTINE NEWBERRY, and RICHARD NEWBERRY,** § § § | CASE NO. 4:19-cv-147 |
| Plaintiffs, § § | JUDGE: AMOS MAZZANT |
| V. § § | |
| **ROSA LOPEZ, d/b/a A&R RENT-A-FENCE,** § § § § | PLAINTIFFS' WITNESS LIST |
| Defendant. § | |

## PLAINTIFF'S TRIAL WITNESS LIST

1. Rosa Lopez

2. Frostine Newberry

3. Richard Newberry

4. Jose DeFlippo

5.. Norman Cooper

6. Suzanne Smith