# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **FROSTINE NEWBERRY, an Individual,** | § | |
| **RICHARD NEWBERRY, an Individual,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | **Case No. 4:19-cv-147** |
| | § | **Judge Mazzant** |
| **ROSA LOPEZ, doing business as A & R** | § | |
| **RENT-A-FENCE, a sole proprietorship,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

## DEFENDANT'S TRIAL WITNESS LIST

1. Norman Cooper (by way of video deposition)

2. Joe DeFilippo (by way of video deposition)

3. Arnulfo Rivera

4. Roderick Rennison, P.E.;

**DEFENDANT ROSA LOPEZ D/B/A A & R RENT-A-FENCE'S
WITNESS LIST**                                                                 **Page 1**