# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| FROSTINE NEWBERRY and RICHARD NEWBERRY, | § § § | |
| | § | Civil Action No. 4:19-cv-147 |
| v. | § | Judge Mazzant |
| | § | |
| ROSA LOPEZ, d/b/a A & R RENT-A-FENCE. | § § § § | |

## JUDGMENT ON JURY VERDICT

This action came on for trial before the Court and a jury, the undersigned presiding, and the issues having been duly tried after the jury having duly rendered its verdict.

It is **ORDERED** and **ADJUDGED** that Plaintiffs take nothing and that Plaintiffs' case against Defendant is **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** that each party bear its own costs.

All motions pending are **DENIED**, and all relief not previously granted is hereby **DENIED.**

**IT IS SO ORDERED.**

 **SIGNED this 12th day of June, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE